PK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

OCT 09 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Vacer Medina m21138

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Juanita Darden

_____

Dorothy Brown

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

18cv6795
Judge Lee
Mag. Judge Valdez
PC 11

Case No _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓_____  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

2

I.  Plaintiff(s):

A.  Name: Jacer Solache  Medina

B.  List all aliases: none

C.  Prisoner identification number: M21138

D.  Place of present confinement: Illinois River C.C

E.  Address: Box 999   Canton Ill 61520

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: Juanita  Darden

Title: Village Clerk of Dixmoor

Place of Employment: Dixmoor Village clerk/ 170 w 145th st  Dixmoor Illinois 60426

B.  Defendant: _____

Title: _____

Place of Employment: _____

C.  Defendant: Dorothy  Brown

Title: Head Clerk of the Circuit Court of Cook County 6th Dist markham Courthouse

Place of Employment: 16501 S. Kedzie Parkway Rm 119 markham Ill 60426

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.   Name of case and docket number: *none*

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D.   List all defendants: _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

G.   Basic claim made: _____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I.   Approximate date of disposition: *none*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① I'm asking for 300,000.oo in Punitive Damages from both Defendants.

② I'm asking for Injunctive Relief (for Juanita Darden) to hand over a Complete Copy of the entire Police Record for Case # 08-CR-06721-01.

(For Dorothy Brown) to give me Copies of my entire (Common Law Records) + (Discovery) for Case # 08-CR-06721-01 to Refile my 1st Post Conviction

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __3rd__ day of __Oct__, 20 __18__

✗ _Jacer Solache Medina_
(Signature of plaintiff or plaintiffs)

_Jacer Solache Medina_
(Print name)

_M21138_
(I.D. Number)
_Box 999_

_Canton Ill 61520_

(Address)

5**8**

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This lawsuit for (Denial of Access to the Courts) is being filed against Defendants Juanita Darden and Dorothy Brown under there Individual an Official Capacity for Violating my Constitutional rights on the claim they (Acted under Color of state Law) and (Engaged In unlawful Acts) then led to a (Denial of Access to the Courts that was so frustrated & impeded) that led to Plaintiff suffering an Actual Injury.

See christophen-us-Harbury 536 U.S 403-122 Sct 2179 (2002)

Skinner-us-Switzer 131 Sct 1289 (2011)

Curry-us-Pucinski 864 Fsupp 839

To be very clear: Im not seeking a speedier or Immediate release from Prison. This is not a Heck-us-Humphrey 512 U.S 477 case.

Revised 9/2007

## Claim #1

Plaintiff was (so frustrated an Impeded) by Defendant Juanita Dardens refusal to answer Plaintiffs Freedom of Information Act Request that Denied Plaintiff access to the Court that caused an Actual Injury.

On April 9-1994 Ricky McDaniels was shot and Killed by another Mexican by the name "El Cepillo". Plaintiff was just a passenger in the Car of 5. After El Cepillo Killed the Victim the Driver Eduardo Flores drove away real fast from the crime scene. The Plaintiff is (Actually Innocent) and had no part of the murder of Ricky McDaniels. Plaintiff went on with his life. 14 years later the FBi went and Arrested the Plaintiff in Memphis Tennessee on March 2008, for the murder of Ricky McDaniels. Since his arrest the FBi and Cook County states Attorney Nick D'Angelo and investigator Bill Dedero Violated Plaintiffs Due Process rights to have a lawyer present during Questioning and to have an Interpreter present to translate English to Spanish. Plaintiff is Illiterate in all aspects of the English language! Got found Guilty of murder and (sentenced to 56 years at 50% on May 13-2011) Plaintiff filed a Pro'se Post Conviction on Dec.30-2014, he was 7 months late do to the Defendant Juanita Darden and his Post Conviction got Dismissed on Jan 26-18.

## Claim

1- Plaintiff wanted his police reports so he could use them to prove his (Actual Innocence) claim in his Post Conviction. Plaintiff filed a Freedom of Information Act Request 5 ILCS 140/1 on June 16-14 and sent it to Dixmoor Police Dept. Plaintiff asked for ① All investigation reports prepared by Dixmoor Police Dept, Detectives, other investigators an Police officers. ②) any Eye Witnesses or Witness statements. ③) All Ballistic reports, test results ④ Victim Autopsy reports ⑤ All an other information used or provided by other Police Depts, state Police FBi an others ⑥Any an All Field investigation reports provided ⑦ Any other such information reports etc. thats pertains to this Case. see 2 pages Exhibit A
note: Defendant Juanita Darden never responded!

2- Plaintiff Appealed the FOiA to Attorney General Tammy Friede Wald # 2014 PAC 30835 Dated Aug 19-14. She sent (Exhibit B) a 2 page report to Defendant Juanita Darden asking why she didnt Comply 5ILCS 140/9,5(c).
note: Defendant Juanita Darden never respond to the Attorney General or this Plaintiff. see attached

3- Do to the Plaintiff being Mexican, didn't speak, read, write English he didn't know what the next step was to do so he stopped!

4- Then on 12-7-17 Plaintiff sent another Freedom of Information Act Request 5 ILCS 140/2,15 to Defendant Juanita Darden. (See Exhibit D) note: Defendant Juanita Darden still never answered my FOIA. Plaintiff appealed on 12-29-17 (see Exhibit E)

5- Then on Attorney General matt Hartman replied back to Plaintiff on 12-15-17 # 2017 PAC 50799 getting some thing mixed up. (E Exhibit) note: Still no response from Defendant Juanita Darden!

6- On June 6-18 Plaintiff sent Defendant Juanita Darden one last letter. (See Exhibit F) Attorney General Joshua Jones Dated May 21-18 telling Defendant Juanita Darden she needs to respond. Plaintiff even sent this information to Juanita Darden by Certifidemail. see IDoc money voucher, certificle mail receipt. Costing Plaintiff $6.39 + $0.00 Copies & Postage note: This Defendant Juanita Darden still has never responded.

7- Do to this Defendant Juanita Dardens "wanton negligence" of refusing to give plaintiff his Police Reports he was Denied to argue the facts stated in those Police Reports in his Post Conviction to prove his Innocence. Defendant Caused the Post Conviction to be filed late past the 3 year Deadline and caused the Post Conviction to be Dismissed on Jan 26-18. Note: still to this very Day Defendant Juanita Darden has refused to send them Police Records and (Interfered) with the Post Conviction Process. Plaintiff without these Police Reports will forever be Denied access to the Courts til he gets them.

8- Next Juanita Dardens "wanton negligence" in refusing to answer Plaintiffs FOIA as well as the Attorney Generals request under 5 ILCS 140/9.5 (c) clearly states she (Knowingly and Intentionally) Violated state laws and Interfered with Plaintiffs attempt to bring or pursue a non frivolous Post Conviction.

9- Ricky Mc Daniels was shot an Killed on April 9-1994. Then (14 years later) Plaintiff was arrested in March 2008 for Ricky Mc Daniels murder. (Plaintiff states he is Actual Innocent). Plaintiffs trial lawyer (Denied to Plaintiff access) to all the Police reports and entire Record. The Trial Judge (Denied the Jury) access to all the Police reports during the Jury trial. ⟶

page 14

Plaintiffs entire record shows beyond a doubt his trial lawyer never subjected the states case to a meaningful Adversarial testing U.S-US-Cronic 466 U.S 648 and the strategy done by Plaintiffs Deficient Counsel amounted to the (functional equivalent of a Guilty Plea) without any procedural Due Process Safeguards. Boykin-US-Alabama 395 U.S 238, Plaintiff was taken Advantage of cause he is a Mexican who barely spoke, read, write the English language.

The States Attorney Knowing that the Jury wasnt allowed to review the (1994 Police reports) had free access to have his witnesses lie during the Jury trial.

The States Attorney called (Grady Bell) to testify and he never witnessed the murder and fabricated a story for the State to use as a Premeditated factor to charge Plaintiff for 1st Degree murder.

Then the states Attorney called the Victims Girlfriend (Dawn Adcock) to testify and she lied a few times and the states own 2other witnesses, a Cop SRG Glimsky an Mike Giles own testimony proves she lied!

Then the States Attorney called (Mike Giles) to testify and by useing Common sense his testimony in several ways aint believable.

This murder case "Screams" something is not right!

page 15

In the Case of (Skinner-us-Switzer 131 Sct 1289) Justice
Ginsburg stated a convicted state prisoner (may seek DNA testing
of crime Scene evidence) in a 1983 Action.
Plaintiff in this Case is trying to say the same thing that Defendant
Juanita Dardens "wanton negligence" in Intentionally refusing
to hand over all the Police Reports Plaintiff requested under the
Freedom of Information Act Denied Plaintiff his Due Process
rights to make any type of Challenge to any DNA Testing
and to any challenge to false Information told by states Witness's
or Police in his Post Conviction filed Dec 30-14.
See also (Fraudulent Concealment Spoilation of Records)

10- Defendant Juanita Darden "has never Complied" with any
of (Plaintiffs requests) or the (Attorney Generals requests).
(Consequences for not Complying with FOIA) under 5 ILCS
140/11 section (A) Any person denied access to inspect or Copy
any public record by a Public body may file suit for
Injunctive or Declaratory relief.

Section (J) If the Court determines that a Public body willfully
and intentionally failed to Comply with this Act or otherwise acted
in bad faith the Court shall also impose upon the Public body
a Civil Penalty of not less than $2.500.00 nor more than

page 16

$5,000.00 for each Occurrence. In assessing the Civil penalty, the Court shall consider [in aggravation or mitigation] the budget of the Public body and whether the Public body has Previously been assessed penalties for Violations of this Act,

To be very clear: I'm not seeking a Speedier or Immediate release from custody

I want the entire Police record for my Case!
Case # 08-CR-06721-01

EXHIBIT
A

Jacer Medina
Reg- No. M-21138
Menard Corr. Center
P.O. Box 1000
Menard, IL 62259

June 16, 2014

Dixmoor Police Department
Freedom Of Information Officer
170 W. 145th St.
Dixmoor, IL 60426

RE: FOIA REQUEST

PEOPLE OF STATE OF ILLINOIS,
                    Plaintiff,
V.

JACER MEDINA
                    DEFENDANT.
Case No. 08-CR-06721-01

Dear Dixmoor P.D. Personnel,

                    I am writing to you
at this time seeking information pursuant to
the Illinois Freedom Of Information Act, in
regards to the foregoing entitled criminal case.

(Next Page)

1 of 2 pages    Exhibit A

18

Exhibit A

Page 2 of 2

The information sought is as follows:

1) ALL investigation reports prepared by Dixmoor Police Department Detective, Investigators, Police Officers, other.

2) ALL eye witness/witness statements.

3) ALL Ballistic Reports/Test results (i.e. for bullets).

4) Victim Autopsy Report/Results.

5) ANY/ALL information used/provided by other Police Dept.'s, State Police, F.B.I., other.

6) Any/ALL Field Investigation notes provided.

7) ANY other such information/reports, etc., that pertains to this case.

Thanking you in advance for your assistance in this matter.

Respectfully requested,

JACER MEDINA, #M-21138
P.O. Box 1000
Menard, IL 62259

CC: File

2of2 pages   Exhibit A

RECEIVED
ATTORNEY GENERAL

AUG 15 2014

FOIA/OMA

30835

Jacen Medina
Reg. No. M-21138
P.O. Box 1000
Menard, IL 62259

August 3, 2014

Public Access Counselor
Office of Attorney General
500 South 2nd Street          RE: FOIA APPEAL
Springfield, IL 62706

Dear PAC Officer,

         This is an appeal with regard to an F.O.I.A. request that I sent to DIXMOOR Police Department on June 16, 2014, for specific police records. (See EXHIBIT "A" attached).

         To date, the Dixmoor P.D. F.O.I.A. person has not responded. I subsequently sent them a follow-up letter in mid July. They still have not responded.

         This APPEAL now regards their obvious disregard of the FOIA laws, as their failure to respond to my request is a denial for access.

         Therefore, I request that you please Order Dixmoor Police Department to turn over said
(over please)

Exhibit B



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

August 19, 2014

Ms. Juanita Darden, Clerk
Dixmoor Police Department
170 West 145th Street
Dixmoor, Illinois 60426

RE: FOIA Request for Review – 2014 PAC 30835

Dear Ms. Darden:

The Public Access Bureau has received a Request for Review under section 9.5(a) of the Freedom of Information Act (FOIA) (5 ILCS 140/9.5(a) (West 2012)) of the response of the Dixmoor Police Department (Department) to a FOIA request submitted on June 16, 2014, by Mr. Jacer Medina. Enclosed for your information are copies of Mr. Medina's FOIA request and his Request for Review by our office.

On June 16, 2014, Mr. Medina sought all reports, statement, notes and test results regarding his case. In his Request for Review, Mr. Medina alleges that, as of August 3, 2014, he has not received a response to his FOIA request. Based on that assertion, this office requests that the Department provide us with an explanation of the Department's receipt and handling of Mr. Medina's June 16, 2014, FOIA request.

As required under FOIA, please provide this information to our office within seven (7) working days after receipt of this letter (5 ILCS 140/9.5(c) (West 2012)). As we review this matter, we will advise you if we require additional information. If you believe that other documents or information would help us as we review these issues, you may submit additional records or affidavits with the requested information.

Please note that, under FOIA, we are required to forward a copy of any response from a public body to the requester and provide the requester with an opportunity to reply (5 ILCS 140/9.5(d) (West 2012)). The Act provides, however, that "[t]o the extent that records or documents produced by a public body contain information that is claimed to be exempt from disclosure under Section 7 of [the] Act, the Public Access Counselor shall not further disclose that information." 5 ILCS 140/9.5(c) (West 2012). The Act also requires that we redact "any

Exhibit B 2 pages

Ms. Juanita Darden
August 19, 2014
Page 2

alleged confidential information to which the request pertains" when providing a copy of your
written response to the requester (5 ILCS 140/9.5(d) (West 2012)). **If your response contains
information or documents you believe are confidential, you must clearly identify that
specific information in your response.**

    Please contact me at (217) 558-1926 or at the Springfield address listed below if
you have questions or would like to discuss this matter. Thank you.

          Very truly yours,

          *Tammy Friedewald*

          TAMMY L. FRIEDEWALD
          Paralegal
          Public Access Bureau

Enclosure

cc:  Mr. Jacer Medina M21138
   Menard Correctional Center
   PO Box 1000
   Menard, Illinois 62259

228  Exhibit B

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT

_____ COUNTY, ILLINOIS

Plaintiff/Petitioner )
)
Vs. )
) No._____
_____ )
)
Defendant/Respondent )
)

PROOF/CERTIFICATE OF SERVICE

TO: MS Juanita Darden-clerk      TO: Attorney General Office
Dixmoor Police Dept              Tammy Friedewald
170 West 145th St                500 S 2nd St
Dixmoor Ill 60426                Springfield Ill 62706

1. _____
2. _____
3. _____
4. FoiA dated _____
5. _____
6. _____
7. _____

PLEASE TAKE NOTICE that on 12 / 7 , 20 17 , I placed the attached or enclosed documents in

the institutional mail at Illinois River Correctional Center, properly addressed to the parties listed above for

mailing through the United States Postal Service.

/s/ Jacer Medina
Name: Jacer medina
IDOC #: m 21138
Address: Box 999
Canton Ill 61520

Subscribed and sworn to before me this 7th day of December , 20 17 .

Notary Public

OFFICIAL SEAL
JILL B. FREEMAN
Notary Public - State of Illinois

Exhibit D
22

Ms Juanita Darden, Clerk
Dixmoor Police Dept                    Date 12/7/2017
170 West 145th St
Dixmoor Ill 60426


Under the Provisions of the Illinois Freedom of
Information Act 5 ILCS 140/2,15, Im requesting
Copies of (all my Police Reports) you have in my Case
my Case # is 08-CR-06721-01


1- To Correct errors done in this procedure, I sent you the
1st FOiA on June 16-2014. [See Attach Papers] You never
answered it, nor did you file for extension of time 5 ILCS 140/3-f.

2- Since you violated the FOiA by not responding I appealed
this Case to the Attorney General's Office on Aug 3-2014.
(See attached)

3- Attorney General Tammy Friedewald sent you a letter on
Aug 19 2014 asking why you never responded. Then you
never responded to her or me as stated in the FOiA Appeal
process 5 ILCS 140/9.5(d). (See attached papers]

Achibit D 24

4- Then I sent you other letters between then which you also never answered. Then I sent you a letter on 10-17-17 also attached which I take fault for it as I forgot my Case # and Proper filing of the paper.

5- Do to you not answering my FoIA your Denieing me Access to the Court to fight my Case and to provide these reports that are necessary for a meaningful and timely Appeals. Your Denial is actionable by having a 1983 Lawsuit filed against you. See Curry-us-Pucinski 864 F Supp 839 [N.D Ill 1994] an Rheuark-us-Shaw 628 F 2d 297 5 ILCS 140/11.5 -120/7.5 - 140/ 11/Administrative Review Law 735 ILCS 5/3-101

6- Next an foremost Copies of this is going to the Police Review Committee, Attorney Generals Office

Subscribed an Sworn to before me this 7th day of December 2017

From: Jacer Medina
# M21138
Box 999
Canton Ill 61520

Jill B. Freeman
notary Public

Exhibit D 25

OFFICIAL SEAL
JILL B. FREEMAN
Notary Public - State of Illinois
My Commission Expires 9/07/2021

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT

_____ COUNTY, ILLINOIS

Plaintiff/Petitioner )
Vs. )
)                    PAC No. 2017 PAC 50799
)
Defendant/Respondent )
)

PROOF/CERTIFICATE OF SERVICE

TO: Juanita Darden clerk                 TO: matt Hartman
Dixmoor Police Dept                      Asst Attorney General
170 W 145th St                           Public Access Bureau
Dixmoor Ill 60426                        500 S 2nd St
                                         Springfield Ill 62701-1705
1. _____              _____
2. _____              _____
3. See attached all 11 pages            _____
4. _____              _____
5. _____              _____
6. _____              _____
7. _____              _____

PLEASE TAKE NOTICE that on  12 - 29 , 20 17 , I placed the attached or enclosed documents in

the institutional mail at Illinois River Correctional Center, properly addressed to the parties listed above for

mailing through the United States Postal Service.

/s/ Jacer Medina

Name: Jacer Medina

IDOC #: M21138

Address: Box 999

Canton Ill

61520

Subscribed and sworn to before me this 29th day of December, 2017.

Christina C Smith

Notary Public

OFFICIAL SEAL
CHRISTINA G. SMITH
Notary Public - State of Illinois
My Commission Expires 6/26/2019


26

Exhibit E

Matt Hartman
Asst Attorney General
Public Access Bureau
500 S 2nd St
Springfield Ill 62701-1705

Date 12/29/2017

PAC # 2017 PAC 50799

Juanita Darden of the Dixmoor Police Dept has
not answered my 12-7-17 FOIA I sent her.
She also has not answered previous letters and
FOIA's I sent. She never answered also The
letter Tammy Friedewald sent her on Aug 19-14 Pac
# 2014 Pac 30835. [See all Attached Paper work]

This woman has violated all Provisions of the
Illinois Freedom of Information Act 5 ILCS 140/1.
Charges need to be filed against her!

Subscribed an Sworn to before me this
29th day of December 2017

From: Jacer Medina
#M21138
Box 999
Canton Ill 61520

Christina L. Smith
Notary Public

OFFICIAL SEAL
CHRISTINA G. SMITH
Notary Public - State of Illinois
My Commission Expires 6/26/2019

Exhibit F  27



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

December 15, 2017

Mr. Jacer Medina, M21138
Illinois River Correctional Center
PO Box 999
Canton, Illinois 61520

RE: FOIA Request for Review – 2017 PAC 50799

Dear Mr. Medina:

The Public Access Bureau has received your Request for Review dated December 7, 2017, concerning a Freedom of Information Act (FOIA) (5 ILCS 140/1 *et seq.* (West 2016)) request that you submitted to the Dixmoor Police Department (Department).

Under section 9.5(a) of FOIA (5 ILCS 140/9.5(a) (West 2016), "a person whose request to inspect or copy a public records is denied by a public body * * * may file a request for review with the Public Access Counselor[.]" Section 3(d) of FOIA (5 ILCS 140/3(d) (West 2016)) provides that a public body must "promptly, either comply with or deny a request for public records within 5 business days after its receipt of the request, unless the time for response is properly extended under subsection (e) of this Section. * * * Failure to comply with a written request, extend the time for response, or deny a request within 5 business days after its receipt shall be considered a denial of the request."

Your FOIA request to the Department is dated December 7, 2017. Your Request for Review is also dated on December 7, 2017, less than five business days after the Department would have received your FOIA request and, therefore, before your request could be denied. Because your FOIA request had not been denied, your Request for Review is premature. Accordingly, the Public Access Counselor does not have authority to review this matter under section 9.5(a) of FOIA. If the Department has since issued a written denial or subsequently denies your FOIA request by failing to issue a timely response, you may submit a Request for Review of such denial.

23

Exhibit E

Mr. Jacer Medina, M21138
December 15, 2017
Page 2


        This letter shall serve to close this file.  If you have any questions, please contact me at the Springfield address listed below.

                          Very truly yours,

                          MATT HARTMAN
                          Assistant Attorney General
                          Public Access Bureau

50799 rfr f premature pd

_____

_____ )
)
)
Plaintiff,                    )  Case No. _____
)
v.                       )
)
)
_____ )

Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Juanita Darden                    TO: _____
Village Clerk                              _____
Village of Dixmoor                       _____
170 W 145th st                           _____
Dixmoor Ill 60426

PLEASE TAKE NOTICE that on **JUNE - 6 -**_____, 20 **18**, I have placed the

documents listed below in the institutional mail at **Illinois River** Correctional Center,

properly addressed to the parties listed above for mailing through the United States Postal

Service: _____

_____

_____.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,

that I am a named party in the above action, that I have read the above documents, and that the

information contained therein is true and correct to the best of my knowledge.

DATE: ___6/6 / 18___          /s/ _____
NAME: Jacer medina
IDOC#: m 34138
Illinois River Correctional Center
P.O. BOX 999
Canton Ill ___, & 61520

6/6/18

Jill B. Freeman
Notary

OFFICIAL SEAL
JILL B. FREEMAN
Notary Public - State of Illinois
Revised Oct 2002   My Commission Expires 9/07/2021

30

Exhibit E

Juanita Darden
Village Clerk                          Date JUNE-6-2018
Village of Dixmoor
170 W 145th St
Dixmoor Ill 60426

I'm sending you this last letter with attached letter from Attorney General Joshua Jones. Since you seem to not follow the law and dont realize your subjecting yourself to $100.000 in FOI A violations since 2014. This is your last an final chance to send me all the Police Reports in my Case #08CR06721-01. You do not send them you will be getting a 1983 lawsuit in the mail next and I'm not Jokeing either. I Look forward to take your money for your Unprofessionalizm an Criminal intentions!

From. Jacer medina M21138
Box 999
Canton Ill 61520

31

Exhibit F



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

Lisa Madigan
ATTORNEY GENERAL

May 21, 2018

Mr. Jacer Medina, M21138
Illinois River Correctional Center
P.O. Box 999
Canton, Illinois 61520

The Honorable Juanita Darden
Village Clerk
Village of Dixmoor
170 West 145th Street
Dixmoor, Illinois 60426

RE: FOIA Request for Review – 2014 PAC 30835

Dear Mr. Medina and Ms. Darden:

This determination is issued pursuant to section 9.5(f) of the Freedom of
Information Act (FOIA) (5 ILCS 140/9.5(f) (West 2016)). For the reasons that follow, the
Public Access Bureau concludes that the Dixmoor Police Department (Department) violated the
requirements of FOIA by failing to provide a timely response to a FOIA request submitted by
Mr. Jacer Medina.

On June 16, 2014, Mr. Medina submitted a seven-part FOIA request to the
Department seeking copies of records concerning his criminal case. On August 3, 2014, Mr.
Medina submitted the above-captioned Request for Review alleging that the Department had not
responded to his request.

On August 19, 2014, this office sent a copy of the Request for Review to the
Department and asked for an explanation of its receipt and handling of the request. The
Department did not respond to this office. On September 23, 2014, Mr. Medina notified this
office that he still had not received a response from the Department. As of the date of this
determination, there is no indication that the Department has responded to his request.

3ᴙ  Exhibit F

Mr. Jacer Medina
The Honorable Juanita Darden
May 21, 2018
Page 2

## DETERMINATION

"It is a fundamental obligation of government to operate openly and provide public records as expediently and efficiently as possible in compliance with [FOIA]." 5 ILCS 140/1 (West 2016). Under section 1.2 of FOIA (5 ILCS 140/1.2 (West 2016)), "[a]ll records in the custody or possession of a public body are presumed to be open to inspection or copying." Section 3(a) of FOIA (5 ILCS 140/3(a) (West 2016)) further provides that "[e]ach public body shall make available to any person for inspection or copying all public records, except as otherwise provided in Sections 7 and 8.5 of this Act."

The procedures for responding to a FOIA request are clear. Section 3(d) of FOIA (5 ILCS 140/3(d) (West 2016)) provides that "[e]ach public body shall, promptly, either comply with or deny a request for public records within 5 business days after its receipt of the request, unless the time for response is properly extended under subsection (e) of this Section."

It is undisputed that the Department did not, within five business days after receipt of Mr. Medina's request, either provide him with copies of responsive records, extend its time for response under section 3(e) of FOIA (5 ILCS 140/3(e) (West 2016)), or deny his request in writing. The Department's failure to provide Mr. Medina with responsive records or properly deny his request within the statutory time period violated section 3(d) of FOIA.

Accordingly, this office requests that the Department take immediate and appropriate action to provide Mr. Medina with copies of any records responsive to his June 16, 2014, request (enclosed for the Department). If any information responsive to the request is redacted or withheld, the Department must provide Mr. Medina with a written notice of denial that includes "a detailed factual basis for the application of any exemption claimed[.]" 5 ILCS 140/9(a) (West 2016).

This office reminds the Department that section 3(d) of FOIA provides that "[a] public body that fails to respond to a request within the requisite periods in this Section but thereafter provides the requester with copies of the requested public records may not impose a fee for those copies." Section 3(d) also precludes a public body that fails to issue a timely response from denying a request as unduly burdensome. The Department should be mindful of its obligation to issue timely responses to FOIA requests by all persons in accordance with section 3(d) of FOIA.



32
Exhibit F

Mr. Jacer Medina
The Honorable Juanita Darden
May 21, 2018
Page 3

       The Public Access Counselor has determined that resolution of this matter does not require the issuance of a binding opinion. This letter shall serve to close this matter. If you have any questions, please contact me at the Chicago address listed on the first page of this letter.

Very truly yours,

JOSHUA M. JONES
Deputy Bureau Chief
Public Access Bureau

30835 f no pb resp pd

Exhibit F

*I want this letter sent out*

*legal*

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____          Date ___6-6-18___

Offender Name __acer Medina__ ID# __M21138__ · Housing Unit __3A73__

Pay to _____          *extra postage .19*

Address _____          *.345*

City, State, Zip _____          *Alice  275*

The sum of _____ dollars and _____ cents charged to my trust fund *639*

account, for the purpose of __Certified mail to Juanita Darden__

☒ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature __Medina__          ID# __M21138__

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ____0____ dollars and __39__ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

$Exhibit F$

35

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Juanita Darden
Village Clerk
170 W. 145th St
Dit Moor, IL 60426

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
☐ Addre

B. Received by ( Printed Name )      C. Date of Deli
06/11/10

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchand
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)  7011 0110 0001 2913 7350

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1!

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Jacer Medina  M21138
P.O. Box 999
IRCC
Canton, IL 61520

ⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊⵊ

turn over

Exhibit F

36

## Claim # 2

Dorothy Brown has denied Plaintiff Access to the Court when she (Interfered with Plaintiff's attempt to bring and or pursue legal Action) in the Circuit Court, which caused an Actual Injury.

1- Because the Village Clerk of Dixmoor, Juanita Darden has (repeatedly refused) to hand over Copies of the entire Record of Case # 08-CR-06721-01. Plaintiff decided to file a lawsuit (5 ILCS 140/1) since he had someone to help him file it in the Circuit Court of Cook County Markham Illinois. Plaintiff got 240 copies costing him $24.00 and $7.30 for Postage and Paid $2.47 for Postage sending a lawyer a copy all on 6-20-18! (See Exhibit A-A attached)

2- Plaintiff then recieved a July 6-13 letter from Dorothy Brown (Sending back the entire 4 copies with it) telling him (to E-file) the lawsuit. (See Exhibit BB) Plaintiff sent back the 4 copys and a letter Telling Dorothy Brown that Illinois River does not E-file anything to the Circuit Courts and they didnot send the (Certification for Exemption from E-filing form) on July 9-18, (See letter Exhibit CC) Then it Cost Plaintiff another $7.30 to mail it back to Dorothy Brown. (See Exhibit DD)

3 - Then on Aug 10-18 Plaintiff sent Dorothy Brown another letter reminding her she never sent him the (Certification for Exemption from E-Filing form). (See Exhibit EE). The Plaintiff wrote a Complaint to Tim Evans Chief Judge about this problem and got No response back. See Exhibit FF

4- Then Plaintiff got the entire 4 Copies sent back with another letter Dated Aug 28-2018 and Dorothy Brown still has never sent Plaintiff the (Certification for Exemption from E-filing form) (See Exhibit GG)

5- The Plaintiff sent another letter Dated 9-6-18 telling Dorothy Brown again she forgot the E-filing form and This Illinois River C.C. does not E-File any legal Documents to the Circuit Courts at all. (See Exhibit HH & II) Plaintiffs enveloped stamped by the Court Clerk Dated 9-10-18

6- Then on 9-20-18 Plaintiff got his 9-6-18 letter & Envelope back Exhibit HH & II with some [E-filing literature] and still got (No Certification for Exemption from E-filing form) (See Exhibit JJ) (1 of 10 pages literature)

7- Since June 16-14 this Plaintiff has sent Dorothy Brown several letters requesting Copy's of all his (Common Law Records) and Plaintiff never recieved any type of Response! Do to the Plaintiff being Mexican, not understanding the English language, he didnt understand he was to Keep Copies of all his letters. Plaintiff supports this claim with an attache Affidavit! Along with an Affidavit confirming his ability to not speak, read, write the English language!

8- Dorothy Brown interfered with Plaintiffs motive to pursue his Post Conviction with Copies attached from the Common Law Record to prove his Claims. Plaintiffs Post Conviction was dismissed Jan 26-18

Please note: A great deal of a miscarriage of Justice has been done in this Case of Plaintiffs murder trial because he was an Illegal Alien from Mexico and didnt understand the English language!

State Of Illinois

Fulton _____ County, Illinois

Affidavit Of Statement

I Jacer medina do declare that I did send several letters to Dorothy Browns Circuit Clerks Office in Markham trying to obtain Copies of all my Common Law Records and she has never responded back to me since June 16-14

Affidavit In Support Of Statement

I swear or affirm under the penalty of perjury that the penalty that the following statements are accurate and true to the best of my knowledge. (28 U.S.C. section 1746; 18 U.S.C. section 1621.)

Date: 10-3-18

/s/ Jacer Medina m21138
Box 999
Canton Ill 61520

Subscribed and sworn to before me
This 3rd day of Oct, 2018

Notary Public _Judith Leitze_

9.7.21

My Commission Expires.

OFFICIAL SEAL
JUDITH J. LEITZE
Notary Public - State of Illinois
My Commission Expires 9/07/2021

240 Copies Cost $24.00
lawsuit 5 ILCS 140/11

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____

Date __6-20-18__

Offender Name __Jose Medina__   ID# __M21138__   Housing Unit __3 A 72__

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ __24__ dollars and __00__ _____ cents charged to my trust fund
account, for the purpose of __2110 Copies__

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _____   ID# __M21138__

Witness Signature _____

☒ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ __$00.00__ cents.   __10/21/18__

Distribution: Business Office, Offender          *Printed on Recycled Paper*

DOC 0266 (Eff. 1/2006)
(Replaces DC 828)

EXHIBIT A-A

pp 40

This $7.30 Cost the Plaintiff
to mail the lawsuit to Dorothy Brown

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Posting Document # _____

Date 6-20-18

Offender Name _James Arteaga_ ID# M21138 Housing Unit 3073

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _Circuit Clerk_

☒ I hereby authorize payment of postage for the attached mail. . ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _James Arteaga_ ID# M21138

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 80 cents.

7.9.20

Distribution: Business Office, Offender

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

41

Exhibit A-A

$2.47 for Postage to send a Copy to a lawyer asking for Representation

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Authorization for Payment

Date 6-20-18

Posting Document # _____ ID# M21138  Housing Unit 3 A 73

Offender Name _____ M_____ _____ ID# M21138

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of lawyer

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____ ID# M 2173~

Witness Signature _____

☐ Approved ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Exhibit A-A  42

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**

Sixth District Suburban
16501 South Kedzie Parkway
Room 119
Markham, Illinois 60426
(708) 232-4551
FAX (708) 232-4682
www.cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

July 6, 2018

Dear        :

Please be advised that pursuant to Supreme Court Order M.R.18368, all civil case filings are required to be filed electronically ("e-filed") effective July 1, 2018.  Therefore, your paper filing is being returned to you so that you may e-file it via the statewide e-filing system, eFileIL.  You may access eFileIL via our website at cookcountyclerkofcourt.org.

Also enclosed is a Certification For Exemption From E-Filing form.  If you qualify to be exempted from e-filing pursuant to any of the reasons listed on the form, please resubmit your paper filing along with the completed exemption form and applicable filing fee[1], if any.  Please be sure to sign the form and provide all of the personal information requested at the bottom of the form.

If you resubmit paper filings, you must provide an original and two copies of the documents you are filing along with a postage-paid, self-addressed envelope so that two "FILED" and date-stamped copies of the documents can be returned to you.  One copy will be for your file; the second copy will be for the other party in the matter you are filing.  You are responsible for serving the other party, or engaging the services of the Sheriff or a Special Process Server, if needed.

**Do not forget to sign, provide all of the personal information requested, and include the Certification For Exemption From E-Filing form with your paper filings**.  You may contact (708) 232-4551 if you have any questions.

Sincerely,
**Dorothy Brown**
Clerk of the Circuit Court of Cook County, Illinois

By: Dorothy Brown   **Deputy Clerk**
CCDS EF 0100_18-06-27. ReturnedFilingPostJuly012018.

---

[1] Acceptable payment methods include cashier's check, money order or personal check payable to **Clerk of the Circuit Court.** Personal checks must have the maker's name and address pre-printed on the face of the check.  The maker must also provide a valid telephone number, driver's license or state identification number on the face of the check.  Failure to provide required information will result in the return of the payment and documents.



Exhibit BB
43

Clerk of the Circuit Court
of Cook County - 6th Dist          July 9-18
16501 S Kedzie Parkway
Markham Ill 60426


In your July 6-18 letter you sent me along with my
4 Copies of the lawsuit 5 ILCS 140/11. You forgot to
send me the [Certification for Exemption from E-filing form].
The prison Im at Illinois River C.C doesnt E-file anything
to any Circuit Court.



From Jacer Medina m21138
Box 999
Canton Ill 61520




Exhibit C C 440

2nd time mailing the lawsuit
back to Dorothy Brown

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Date 7-15-18

Posting Document # _____ ID# M21138 Housing Unit 3 A 73

Offender Name Jacer Medina _____

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of Clevk Mail _____

☒ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Offender Signature _____ Mede _____ ID# M21138

Witness Signature _____

☐ Approved ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 30 cents.

1 · 0 · 85

Distribution: Business Office, Offender

Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Exhibit DD

45

Doroty Brown
clerk of the Circcit          Aug 10-18
Court of Cook County
16501 S Kedzie parkway
Rm
Markham, Ill 60426

In your July 6-18 you sent me you forgot
to send me the Certification for Exemption From
E-filing Form.

From Jacer Medina M21138
Box 999
Canton, Ill 61520

Copy

Exhibit EE   46

From: Jacer Medina M21138
Box 999
Canton Ill 61520

Tim Evans chief Judge
Cook County Administration Building          Aug 10-18
George Dunn
69 W Washington st suite 300
Chicago Ill 60602


Im sending you this Complaint concerning Dorothy
Browns circuit clerks office at Markham,
on 6-20-18 I sent the clerk the Administrative
Review lawsuit 735 ILCS 5/3-101-5 ILCS 140/11, then
the clerk office sends it all back to me with no letter
explaining nothing but fill out some Application or
waiver of court fee's, I sent it back to the clerk costing
me about $14.00, I Just got the law suit paper back with
the Application or waiver of court fee's a 2nd time, now
telling me as of July 1-18 Sct Rule m.R 18368 all civil
cases have to be (E-filed) if I cant, I gotta fillout the
Certification for Exemption from E-filing form, there
office (never sent me the form) costing me more money
cause of there negligence, then they want me to spend
another $14.00 in postage, this office has no clue
what there doing! Can you help out? Please


Exhibit FF     47

**DOROTHY BROWN**
**CLERK OF THE CIRCUIT COURT**



**Sixth District Suburban**
**16501 South Kedzie Parkway**
**Room 119**
**Markham, Illinois 60426**
**(708) 232-4551**
**FAX (708) 232-4682**
**www.cookcountyclerkofcourt.org**

### OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

August 28, 2018

Dear          :                                                                                         look

Please be advised that pursuant to Supreme Court Order M.R.18368, all civil case filings are
required to be filed electronically ("e-filed") effective July 1, 2018. Therefore, your paper filing is
being returned to you so that you may e-file it via the statewide e-filing system, eFileIL. You may
access eFileIL via our website at cookcountyclerkofcourt.org.

Also enclosed is a Certification For Exemption From E-Filing form. If you qualify to be exempted
from e-filing pursuant to any of the reasons listed on the form, please resubmit your paper filing
along with the completed exemption form and applicable filing fee[1], if any. Please be sure to
sign the form and provide all of the personal information requested at the bottom of the form.

If you resubmit paper filings, you must provide an original and two copies of the documents you
are filing along with a postage-paid, self-addressed envelope so that two "FILED" and date-
stamped copies of the documents can be returned to you. One copy will be for your file; the
second copy will be for the other party in the matter you are filing. You are responsible for
serving the other party, or engaging the services of the Sheriff or a Special Process Server, if
needed.

**Do not forget to sign, provide all of the personal information requested, and include the
Certification For Exemption From E-Filing form with your paper filings**. You may contact
(708) 232-4551 if you have any questions.

Sincerely,
**Dorothy Brown**
Clerk of the Circuit Court of Cook County, Illinois

**By:** *Dorothy Brown* **Deputy Clerk**
CCD6 EF 0100 18-05-27. ReturnedFilingPostJuly012018.

---

[1] Acceptable payment methods include cashier's check, money order or personal check payable to **Clerk of the Circuit Court.** Personal checks must have the maker's name and address pre-printed on the face of the check. The maker must also provide a valid telephone number, driver's license or state identification number on the face of the check. Failure to provide required information will result in the return of the payment and documents.


Exhibit GG
48

Clerk of the Circuit Court
of Cook County                    9-6-18
16501 S Kedzie Parkway
Markham Ill 60426

Im sending you a (2nd letter again) asking for the
(E-Filing form) because in the letter you sent me on
July 6-18 you said I need one! You forgot to
send it to me. This prison Illinois River CC
does not send any lawsuit by E-mail to the
Circuit Courts.
I need that E-filing form you said ASAP.
Please!

                    From: Jacer Medina m21138
                          Box 999
                          Canton Ill 61520

Copy

Exhibit H H    48½

FILED-6

2018 SEP 10 PM 12: 42

DOROTHY BROWN
CLERK OF CIRCUIT COURT
SIXTH DISTRICT

© USPS 2016

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS

Jason Meana McQuire
Illinois River C.C.-
P.O. Box 999
Canton, Ill 61520

6042835547 0017

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C013131

Clerk of the Circuit Court
of the Cook County
16501 S Kedzie Parkway
Markham, Ill 60426

FOREVER
USA

Barn Swallow

Exhibit II

Exhibit II

49

# IS MANDATORY

## EFFECTIVE JULY 1, 2018

ELECTRONIC FILING IS REQUIRED FOR ALL CIVIL CASE TYPES
(Some exceptions may apply)

# Use the Public Access eFile Work Stations*
## to eFile court documents
### *Located in all district offices and civil case type divisions (Chancery, Civil, County, Domestic Relations, Domestic Violence, Law and Probate)

## Need Assistance?
Ask for a Division of District Manager

# Self-Paced E-Filing Training Stations are Available in the E-Filing Center
Located in the Daley Center, Lower Level, Room LL-12
Hours: Mon. - Fri, 8:30 a.m. - 4:30 p.m.

## For more information, Call (312) 603-HELP (4357)
### www.cookcountyclerkofcourt.org



DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY



ODYSSEY
eFileIL

Go Social with Clerk Brown:
Follow us on Twitter
@CourtClerkBrown
Like us on Facebook
facebook.com/cookcountyclerkofcourt



Exhibit JJ    1 of 10 pages
50



# File & Serve Quick-Reference Guide

Release 2017.0

## Registering as a User with an Existing Firm

You can register as a user if your Firm Administrator has already registered with the system and approved users to self-register.

**ⓘ Note:** You must know your firm's name to set up your account. The Firm Administrator may not allow users to self-register. If this is the case, the firm's name is not available when you search for the name, and you must contact the Firm Administrator to be registered.

To register as a user in the firm, perform the following steps:

1. Click **Register Now** in the login section.

   The File & Serve Registration Wizard is displayed.

   **ⓘ Note:** There is no fee to sign up for the product.

   **ⓘ Note:** Registration options vary by site.

2. Select the ⊙ **User with an Existing Firm** option.

3. Click **Next** to select your firm, or click **Cancel** to cancel the registration process.

4. Type your firm name in the **Firm Name** field, or click **Search** to view a list of all available firms. Select your firm name from the list.

5. Click **Next** to enter your account information, click **Previous** to return to the previous page, or click **Cancel** to cancel the registration process.

   **ⓘ Note:** An asterisk (*) indicates required information.

6. Complete the **User Information** form.

7. Type a simple security question in the **Security Question** field. (Example: What was your high school mascot?)

8. Type a security answer in the **Security Answer** field.

   **ⓘ Note:** Select the I am also an Attorney check box if you are an attorney, and then enter your attorney number in the field. Attorney number formats vary by site. Refer to your court's website for information on how to enter your attorney number.

   **ⓘ Note:** Click **Verify** if prompted. This action verifies that your attorney number is in the system.

9. Click **Register**

   The system displays the **Your Registration is Complete.** message.

10. Record the login details displayed for your records.

11. Click **Finish**.

# Registering as an Independent User

You can register as an "independent user" if you are a single user of the system. A single user is a user who is not associated with any firm or represented by any firm.

**❶ Note:** Refer to your local court's website before registering as an independent user because the registration options may vary.

To register as an independent user, perform the following steps:

1. Click **Register Now**.

   **❶ Note: There is no fee to sign up for e-filing.**

2. Select the **An Independent User** option.

3. Click **Next** to continue, click **Previous** to go back, or click **Cancel** to cancel the registration process.

4. Read the Usage Agreement before proceeding.

5. Select the **☐ I Agree** check box to accept and agree to the terms listed on your page.

6. Click **Next** to continue, click **Previous** to go back, or click **Cancel** to cancel the registration process.

7. Complete the **Contact Information** form.

8. Click **Next** to continue, click **Previous** to go back, or click **Cancel** to cancel the registration process.

9. Complete the **User Information** form.

10. Type a question in the **Security Question** field.

    **❶ Note: Your security question is required to restore your password in case you forget your password.**

11. Type a response in the **Security Answer** field.

12. Click **Register**.

    The message Your Registration is Complete is displayed.

13. Click **Finish**.

    **❶ Note: You must verify your email address to complete the registration process. A verification email (from no-reply@tylerhost.net) will be sent to you. Open the email and click the link to confirm your email address. If you do not see the email in your inbox, check your junk mail folder for the email.**

    Your registration is complete. Access your *Home* page to log in.

2

## Logging In

To log in, perform the following steps:

1. Access your *Home* page.

2. Type your email address and password (case-sensitive) in the fields provided.

3. Click ▮▮▮▮.

## Filing a New Case

You can file a new case by using the *Case Information* page.

A payment account must be set up prior to filing a new case.

To file a new case, perform the following steps:

1. Click **NEW CASE**.

   The *Case Information* page is displayed.

   ❶ Note: An asterisk (*) indicates required fields.

2. Select your court location from the **Select Location** drop-down list.

3. Select a case category from the **Select Category** drop-down list.

4. Select a case type from the **Select Case Type** drop-down list.

5. If you want, type a short title for the case in the **Short Title** field.

6. Select the filer type from the **Filer Type** drop-down list.

7. Select a payment account from the **Payment Account** drop-down list.

8. Click **Parties** to save the case information and continue.

❶ Note: Once you click **Parties**, a draft of the pages where all of the required fields have been completed is automatically saved. This feature allows you to stop work on a filing and resume the filing at a later time. To resume filing a saved draft, click **WORKSPACE**, find your case on the *Filings* page, and click ▶.

## Entering Party Details

Each case requires a party type.

To enter the details for the parties involved in the case, perform the following steps:

1. Click **Parties** on the *Case Information* page.

2. Select the ☐ I am this party check box to indicate you are the party.

3. Choose the party type by selecting either **Plaintiff** or **Defendant** from the list in the **Party Type** column. You can also select the party type from the **Party Type** drop-down list.

4. Select the appropriate check box for either **Person** or **Business**.

5. Select the attorney from the **Lead Attorney** drop-down list.

6. Click Close to close the page.

7. Type the party name in the fields provided.

   ❶ **Note: An asterisk (*) indicates a required field.**

8. Type the party's date of birth in the **Date of Birth** field, or select the date from the calendar.

9. Type the party's email address in the **Email Address** field.

10. Select the country from the **Country** drop-down list.

    ❶ **Note: Foreign address fields are included to allow for non-U.S. addresses.**

    Note the following details:

    - The following applies when the country listed is Canada:

        – The **State** field is displayed as **Province**.

        – If provinces are configured, then the **Province** field consists of a drop-down list of Canadian codes; otherwise, the **Province** field consists of a free-form text box.

        – The **City** field is displayed as **Municipality**.

        – The **Zip Code** field is displayed as **Postal Code**.

    - The following applies when you select other foreign countries:

        – The **State** field is displayed as **Region**.

        – If regions are configured, then the **Region** field consists of a drop-down list with region codes; otherwise, the **Region** field consists of a free-form text box.

        – The **City** field is displayed as **Municipality**.

        – The **Zip Code** field is displayed as **Postal Code**.

11. Complete the remaining address fields for the party.

12. Type the filer ID in the **Filer ID** field.

13. If you want to add another party to the filing, click ADD PARTY, and enter the party information in the required fields.

    ❶ **Note: When more than 100 parties are on a case, only the first party of each required party type will be displayed, along with a message that additional parties are not displayed due to system constraints.**

14. Click Filings to save the party details, or click Case Information to display the previous page.



# Entering Filing Details

The *Filing Details* page allows you to enter the filing details and calculate the fees associated with the filing.

To enter the filing details for the case, perform the following steps:

1. Click **Filings** on the *Parties* page to enter the filing details.
2. Select the filing code from the **Select Filing Code** drop-down list.
3. Select the **E-File** check box to electronically file the case.
4. Select the **Service** check box to electronically serve the case.
5. Enter a brief description in the **Filing Description** field of the filing associated with the filing code previously selected.
6. In the **Reference Number** field, type the reference number of your choice that you can refer back to for this filing.

   **ⓘ Note: A reference number is a customer-created number and is for internal purposes only. Most courts do not see or refer to the Reference Number field for the filing. This is an optional field.**

7. Select the parties to associate or disassociate with the case.
8. Select the lead document for this filing, as follows:

   a. Click *Click to Browse* to select and upload a lead document.

   This action opens Windows Explorer on your computer.

   b. From the list of files, select a document to upload.

   **ⓘ Note: Only one document can be uploaded as a lead document.**

   c. Click ▬▬▬▬ to attach the file.

   **ⓘ Note: The maximum length for a document description is 40 characters.**

   d. Wait as the attachment uploads.

   **ⓘ Note: Click ✖ to delete the uploaded attachment.**

   e. Type a description of the uploaded attachment in the **Description** field.
   f. Select a security option for the attachment.

9. From the lsit of files, select the attachments to upload for this filing, as follows:

   a. Click **Add More Documents** to select an attachment.

   This action opens Windows Explorer on your computer.

   b. From the list of files, select the attachments to upload.

   **ⓘ Note: Multiple documents can be uploaded as attachments simultaneously.**



❶ **Note:** The system provides a way to upload a file type that is not converted into PDF format. Users can download and view the files externally by using the RTF document format.

❶ **Note:** The Auxiliary Filing feature enables filers to upload an editable RTF version of a document to the court. For example, many courts require documents to be in PDF format; however, a judicial officer may want an editable version of the document sent to the court so that the document can be modified in the Proposed Orders. As a result, the filer would submit both the PDF and RTF versions of the same document. The RTF version is used only if the judge is making changes to the filing.

c. Click ▭ to attach the file.

d. Wait as the attachment uploads.

Click ✖ to delete the uploaded attachment.

e. Type a description of the uploaded attachment.

f. Select a security option for the attachment.

10. Type the filing comments for the court reviewer to read in the **Filing Comments** field.

11. In the **Courtesy Copies** field, type the email addresses of the parties to receive courtesy copies of this filing.

12. In the **Preliminary Copies** field, type the email addresses of the parties to receive preliminary copies of this filing.

13. Click ▭ to select a due date.

14. Review the filing fees.

❶ **Note:** Your credit card is authorized when it is submitted; however, the transaction fees will not post to the credit card account until the court accepts the filing. Once the filing is accepted, the total filing fee to be submitted for the filing is displayed.

15. Select a payment account to pay the filing fees.

16. Select a filer type for the payment account used to pay the filing fees.

17. Select the party responsible for the filing fees.

18. Select a filing attorney.

19. Click ▭ Service to save the filing details when you are done, or click ▭ Parties to return to the previous page.

# Selecting Contacts to Receive Service

The *Service Contacts* page allows you to select the contacts that you want to receive service for the case.

To select the service contacts to receive service, perform the following steps:

1. Click ▭ Service on the *Filings* page to select the service contacts.

---

6                         OFS-FS-600-3953 v.1

2. Select the check box next to the name of the service contact to add to the case, or click **Add New** to add a new service contact.

   The fields required to add a service contact are displayed.

3. Complete the **Add Service Contact** form by providing the applicable information.

   ❶ **Note: An asterisk (\*) indicates required information.**

4. Type an email address in the **Administrative Copy** field.

   The administrative email is an optional additional email for the delivery of service. Delivery to this address is not considered a determining factor for the completion of e-service.

5. Select the **Make this contact Public** check box to make the contact public.

6. Select the **Save Contact in My Firm Master Service List** check box to save the contact to the firm's master service list.

7. Click **Save** to save the contact.

8. Select the check boxes next to the service contact names that you want to receive service.

9. Click **Summary** to save the selected contact and view the case summary, or click **Filings** to return to the previous page.

## Viewing the Case Summary

The *Summary* page displays the case information, parties involved in the case, filing details, fees, payments, and filing attorney for the case.

The *Parties* and *Filings* pages must be complete before you can view the case summary. A payment account must be assigned to the case to complete the filing process.

To view the case summary, perform the following steps:

1. Click **Summary** on the *Filings* page to view the case summary.

   The *Envelope and Filings Summary* page is displayed. Here, you can view the case information, the parties involved in the case, the service contacts, the filing codes, the filing fees, the payment accounts, and the filing attorney for the case.

   ❶ **Note: The system now prevents users from changing an envelope that has already been submitted.**

2. Click **Submit** to submit your filing, or click **Filings** to take you back to the *Filings* page.

## Filing into an Existing Case

You can file into an existing case once you have initiated a case.

1. Click **WORKSPACE**.



The *Filings* page is displayed.

2. Locate your case on the *Filings* page.

3. Click ▭ to file into the case.

4. Enter the details for the parties involved in the case.

   ❶ **Note: The courts can prevent users from adding new parties on subsequent filings.**

5. Click **Filings** to save your entries and continue.

6. Enter the filing details for the case.

   A filer is required to resubmit documents when changing a filing code.

   ❶ **Note: An error message is displayed instructing the filer to resubmit documents if the current filing code has changed.**

7. Click **Service** to save your entries and continue.

8. Select the contacts to receive service for this envelope.

9. Click **Summary** to save your entries and view a summary of the case.

10. Click **Submit** to submit the filing.

## Case Search

You can search for a case by selecting a location and entering a case number or a party name.

## Searching for a Case

You can search for a case by selecting a location and then entering the case number or the party name in the search field.



**Figure 1.1 – Case Search Option**

To search for a case, perform the following steps:

1. Click the drop-down arrow to select a location.

2. Type the exact case number assigned by the court, or type the party's name in the search field.

   ❶ **Note: No wild cards can be used in the search field.**

3. Click **Go**.



The *Case Search* page displays the case that meets the criteria that are entered in the search field.

4. Click an icon under the **Actions** column and perform actions as necessary, or click `Close` if you do not want to perform any further actions.

## Advanced Search

The Advanced Search feature provides the ability to search by party name using a person's name or a business name. The Advanced Search feature includes the ability to filter a search by party name based on the location or the case type.

## Performing an Advanced Search by Person

Search for a case by selecting a location and entering a case number or a party name. The Advanced Search feature provides the ability to search by party name using a person's name.

❶ **Note: An asterisk (\*) indicates a required field.**

❶ **Note: Color themes can vary by site.**

To run an Advanced Search using the **Person** option, perform the following steps:

1. Click **Advanced Search** in the **New Case** section.

   The *Advanced Search* dialog box opens.

2. Select the **Person** check box.

   ❶ **Note: Check boxes are configurable. This option may vary by site. For example, some clients may only have businesses listed in the case management system, so a check box is not required.**

3. Complete the fields in the *Advanced Search* dialog box.

4. Click **Search** to continue, or click **Cancel** to cancel. Click **Reset** to reset the form.

The search results are displayed.

## Technical Support Contact Information

The File & Serve Technical Support Team is available to assist all users by calling 800-297-5377 Monday through Friday between the hours of 7:00 a.m. to 9:00 p.m. Central Time. You can also contact a Technical Support Representative with your questions by sending an email to efiling.support@tylertech.com or by using the Support Chat option.

Support may ask to assist you by sharing your screen using GoToAssist.



Dorothy Brown
Clerk of the Circuit Court
of Cook County - 6th Dist
16501 S Kedzie Pkwy
Markham, Ill 60426

Jan, 16 - 2018

Id like to know how much would it cost to
obtain copies of all My Common Law Records
and Docket Entry in My Case, Please,

Case # 08-CR-06721-01

thanks.

From   MEDINA JACER #M24138
P.O.Box 999
Canton, Ill 61520

COPY

Exhibit
60

## Claim #3

The Defendants Juanita Darden and Dorothy Brown has "Conspired" against the Plaintiff causing him, of his right of Access to the Court with great "Prejudice"

Plaintiff is Illiterate an national of Mexico, he barely speaks reads, writes and understands the English language.

1- Back on June 16-14 when Plaintiff sent Defendant Juanita Darden his Freedom of Information Act request wanting Copies of the entire Police Record for Case # 08-CR-06721-01, she more than likely reviewed the file scene he was mexican from mexico and was an Illegal Atien and her wanton Negligence in thinking she doesnt have to respond cause he doesnt speak English and don't know how to read or write to bring a civil Action suit against her for her Conduct. Plus he was tried and convicted and sentenced to 56 years in prison!

2- The Prejudice comes in at: Juanita Darden Knew for a fact she was violating state law 5 ILCS 140/1 and Plaintiff was entitled to his Police record 5 ILCS 140/2.15 and her Wanton

negligence in ignoreing all Plaintiffs requests and even ignored the 2 Attorney Generals order to turn over the entire Police Record, Juanita Darden obviously didnt care that she could be sued 5 ILCS 140/11 for her actions of "Wanton Negligence". Over 4 years of not responding! Plaintiffs Post Conviction got Denied Jan 26-18

3 — Back on June 16-14 Plaintiff sent (Dorothy Brown) a letter asking for his "Common Law Records" so he can file his Post Conviction. No Response! Plaintiff sent her several more letters asking for his "Common Law Records" and still has never got a response! She more than likely reviewed the file scene he was mexican from Mexico and was an Illegal Alien and her "Wanton Negligence" in thinking she doesnt have to respond cause Plaintiff doesnt speak English and dont know how to read or write to bring a claim for being Denied Access to the Court. Plus he was tried, convicted and sentenced to 56 years in prison!

4 — The Prejudice comes in at: Dorothy Brown knows for a fact Plaintiff is entitled to have Copies of all his Common Law Records Plaintiff has a Constitutional right to take Documents from the "Common Law Record" and use as an Exhibit to prove

Due Process violations, Ineffective Assistance of Counsel, Prosecutorail misconduct and the Right to bring those issues in a Post Conviction. Plaintiff has still been Denied his Common Law Records sine June 16-14, Plaintiffs Post Conviction has been denied on Jan 26-18.

5- On June 20-18 Plaintiff sent Dorothy Brown 4 copies of his lawsuit 5 ILCS 140/11 FoiA, to file with the Court. Then Dorothy Browns "Wanton Negligence" sent the 4 Copies back with a letter telling him he cant file his lawsuit cause it has to be E-filed and (never even sent him) the (Certification for Exemption from E-filing form)

6- The Prejudice, wanton Negligence, stupidity comes into play when Plaintiff sent the lawsuit in to Dorothy Brown, she sends it back "without" the (Certification for Exemption from E-fing form), and Plaintiff sends the 4 copys back to Dorothy Brown telling her Illinois River CC doesnot do any type of E-filing to the Circuit Courts. 3rd she sends the 4 copies back again and still no (Certification for Exemption from E-filing form). 4th Plaintiff sent her another letter telling her she forgot to send him the (Certification for Exemption from E-filing form). Then she sends Plaintiff

page 🔊 📧 63